# United States District Court

District of Utah

FILED U.S. DISTRICT COURT
2018 JUL -5 ᗡ 2: 26
DISTRICT OF UTAH
DEPUTY CLERK

Emily Nance

V.

Alpine Securities Corporation

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 2:18-cv-00531-BSJ

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ DENIED, for the following reasons:

ENTER this ___5th___ day of ___July___, 2018

*Signature of Judicial Officer*

Evelyn J. Furse, U.S. Magistrate Judge
*Name and Title of Judicial Officer*