Christopher B. Snow (8858)
Shaunda L. McNeill (14468)
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2516
Telephone: 801.322.2516
cbs@clydesnow.com
slm@clydesnow.com
*Attorneys for Defendant Alpine Securities Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| EMILY NANCE,  Plaintiff,  v.  ALPINE SECURITIES CORPORATION,  Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**  Case No. 2:18-cv-00531  Judge Bruce S. Jenkins |
|---|---|

Defendant Alpine Securities Corporation ("Alpine") and Plaintiff Emily Nance ("Nance"), by and through their counsel of record, hereby stipulate and jointly move the Court for an order extending Alpine's deadline to answer or otherwise respond to the Complaint filed in this action.

1. Plaintiffs filed the Complaint in this action on July 5, 2018 and served process on Alpine on September 21, 2018.

2. Alpine currently has until October 12, 2018 to answer or otherwise respond to the Complaint.

{01420166-1 }

3.	Alpine requires additional time to fully assess the allegations in the Complaint and the parties mutually agree to an extension to October 26, 2018 to answer or otherwise respond to the Complaint.

4.	The extension of time will not prejudice any party.

Based on the foregoing, the parties jointly move the Court for an order extending the time for Alpine to answer or otherwise respond to the Complaint until October 26, 2018. A proposed order is filed and served herewith.

DATED this 12th day of October, 2018.

CLYDE SNOW & SESSIONS, P.C.

/s/
Christopher B. Snow
Shaunda L. McNeill
*Attorneys for Defendant*

DATED this 12th day of October, 2018.

*/s/ David J. Holdsworth*
David J. Holdsworth
*Attorney for Plaintiff*
*Electronically signed with permission*

{01420166-1 }

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of October 2018, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** to be served via the Court's CM/ECF filing system upon the addressee(s) listed below:

      David J. Holdsworth
      9125 South Monroe Plaza Way, Suite C
      Sandy, UT 84070
      david_holdsworth@hotmail.com
      *Attorney for Plaintiff*

    /s/
    *Legal Secretary*

{01420166-1 }