Christopher B. Snow (8858)
Shaunda L. McNeill (14468)
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2516
Telephone: 801.322.2516
cbs@clydesnow.com
slm@clydesnow.com
*Attorneys for Defendant Alpine Securities Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EMILY NANCE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>　　　　　　Defendant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE REPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:18-cv-00531<br><br>Judge Bruce S. Jenkins |

This matter is before this Court pursuant to the Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion") filed by the parties on October 12, 2018. Having reviewed the Motion and for good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED that the time for Defendant Alpine Securities Corporation to file its answer or otherwise respond to the Complaint filed in this action is extended from October 12, 2018 to October 26, 2018.

DATED this ___ day of October, 2018.

                                                      BY THE COURT

                                                      _____
                                                      Judge Bruce C. Jenkins
                                                      United States District Court

APPROVED AS TO FORM:

*/s/ David J. Holdsworth*
David J. Holdsworth
*Attorney for Plaintiff*
*Electronically signed with permission*

{01420165-1 }

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of October 2018, I caused a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** to be served via the Court's CM/ECF filing system upon the addressee(s) listed below:

      David J. Holdsworth
      9125 South Monroe Plaza Way, Suite C
      Sandy, UT 84070
      david_holdsworth@hotmail.com
      *Attorney for Plaintiff*

      /s/
      *Legal Secretary*

{01420165-1 }