Christopher B. Snow (8858)
Shaunda L. McNeill (14468)
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2516
Telephone: 801.322.2516
cbs@clydesnow.com
slm@clydesnow.com
*Attorneys for Defendant Alpine Securities Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EMILY NANCE,<br><br>                Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>                Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:18-cv-00531<br><br>Judge Bruce S. Jenkins |

       Defendant Alpine Securities Corporation ("Alpine") and Plaintiff Emily Nance ("Nance"), by and through their counsel of record, hereby stipulate and jointly move the Court for an order extending Alpine's deadline to answer or otherwise respond to the Complaint filed in this action.

       1.     Plaintiffs filed the Complaint in this action on July 5, 2018 and served process on Alpine on September 21, 2018.

       2.     Alpine currently has until October 26, 2018 to answer or otherwise respond to the Complaint.

3. Due to the involvement of Alpine's counsel in a temporary restraining order proceeding in another matter, the parties mutually agree to an extension to November 2, 2018 to answer or otherwise respond to the Complaint.

4. The extension of time will not prejudice any party.

Based on the foregoing, the parties jointly move the Court for an order extending the time for Alpine to answer or otherwise respond to the Complaint until November 2, 2018. A proposed order is filed and served herewith.

DATED this 25th day of October, 2018.

CLYDE SNOW & SESSIONS, P.C.

*/s/ Christopher B. Snow*
Christopher B. Snow
Shaunda L. McNeill
*Attorneys for Defendant*

DATED this 25th day of October, 2018.

*/s/ David J. Holdsworth*
David J. Holdsworth
*Attorney for Plaintiff*
*Electronically signed with permission*