Christopher B. Snow (8858)
Shaunda L. McNeill (14468)
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2516
Telephone: 801.322.2516
cbs@clydesnow.com
slm@clydesnow.com
*Attorneys for Defendant Alpine Securities Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EMILY NANCE, <br><br> Plaintiff, <br><br> v. <br><br> ALPINE SECURITIES CORPORATION, <br><br> Defendant. | **STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** <br><br> Case No. 2:18-cv-00531 <br><br> Judge Bruce S. Jenkins |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendant Alpine Securities Corporation ("Alpine") and Plaintiff Emily Nance ("Nance"), by and through their counsel of record, hereby stipulate and jointly move the Court to dismiss this action without prejudice.

DATED this 6th day of January, 2019.

                                                          CLYDE SNOW & SESSIONS, P.C.

                                                          */s/ Shaunda L. McNeill*
                                                          Christopher B. Snow
                                                          Shaunda L. McNeill

*Attorneys for Defendant*

DATED this 6th day of January, 2019.

/s/ David J. Holdsworth
David J. Holdsworth
*Attorney for Plaintiff*
*Electronically signed with permission*

{01455344-1 }