Christopher B. Snow (8858)
Shaunda L. McNeill (14468)
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2516
Telephone: 801.322.2516
cbs@clydesnow.com
slm@clydesnow.com
*Attorneys for Defendant Alpine Securities Corporation*

---

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EMILY NANCE,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Case No. 2:18-cv-00531<br><br>Judge Bruce S. Jenkins |

This matter is before this Court pursuant to the Stipulated Motion to Dismiss Without Prejudice ("Motion") filed by the parties on January 6, 2019. Having reviewed the Motion and for good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed without prejudice.

DATED this 7th day of January, 2019.

{01455347-1}

18-cv-531

BY THE COURT

Judge Bruce S. Jenkins
United States District Court

APPROVED AS TO FORM:

*/s/ David J. Holdsworth*

David J. Holdsworth
*Attorney for Plaintiff*
*Electronically signed with permission*

{01455347-1}